IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | Case No.: 20-cv-4911 |
| | Judge John Robert Blakey |
| Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EMOJI COMPANY GmbH, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 16 | Bear Boys |
| 27 | CdVeK9ca |
| 28 | changchunshiliufengshangmaoyouxiangongsi |
| 43 | Eric Martinz |
| 74 | Camille Doyle |
| 78 | Colormu |
| 105 | Bing4Bing |
| 111 | Chunlei |
| 138 | DXTDCMMe |
| 142 | GGMart |
| 168 | Elizabeth Dunlop |
| 170 | Franklin Waters |
| 171 | Futong Huaxia |
| 183 | Butymeiyi |
| 185 | Field Rain |
| 186 | Game Life |
| 187 | G-Fulling |
| 216 | C-Join |
| 225 | Allen Vision |
| 261 | Double Joy |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                        Respectfully submitted,

Dated: December 11, 2020        By:    s/Michael A. Hierl
                                                    Michael A. Hierl (Bar No. 3128021)
                                                    William B. Kalbac (Bar No. 6301771)
                                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                                    Three First National Plaza
                                                    70 W. Madison Street, Suite 4000
                                                    Chicago, Illinois 60602
                                                    (312) 580-0100 Telephone
                                                    mhierl@hsplegal.com

                                                    Attorneys for Plaintiff
                                                    EMOJI COMPANY GmbH

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 11, 2020.

                                                  s/Michael A. Hierl