UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Emoji Company GmbH

Plaintiff,

v.

Case No.: 1:20−cv−04911

Honorable John Robert Blakey

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

MINUTE entry before the Honorable John Robert Blakey: Defendant previously filed a motion to dismiss [43] and now seeks to withdraw that motion [49]. The Court grants the motion to withdraw [49], strikes the motion to dismiss [43], and vacates the briefing schedule set on the motion to dismiss, see [45]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.